# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 11-2182-JDB |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE TREASURY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ANSWER

Defendant United States Department of the Treasury, by and through its undersigned counsel, hereby answers Plaintiff Judicial Watch's Complaint as follows:

In response to the paragraphs and sentences of the Complaint, Defendant admits, denies, or otherwise responds as follows:

Introductory Paragraph. The allegations contained in Plaintiff's introductory paragraph consist of Plaintiff's characterization of its Complaint, to which no response is required.

1. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

2. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

3. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

4. Defendant admits that it is an agency of the United States Government and has an office at 1500 Pennsylvania Ave., N.W., Washington, DC 20220.  All other allegations in this paragraph consist of legal conclusions, to which no response is required.

5. Defendant admits that on September 7, 2011, the Defendant received from the Plaintiff a FOIA request dated September 6, 2011.  All other allegations made in paragraph five with respect to the specific FOIA request are denied.

6. The first clause of the first sentence is admitted. The remainder of paragraph six consists of Plaintiff's characterization of Defendant's letter dated September 8, 2011, to which no response is required.

7. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

8. Admitted.

9. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.

10. Defendant repeats its responses to paragraphs 1 through 9.

11. The allegations contained in this paragraph consist of legal conclusions, to which no response is required.  To the extent a response is deemed required, the paragraph is denied.

12. Denied.

The remainder of Plaintiff's Complaint constitutes a prayer for relief, to which no response is required.  To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the requested relief or to any relief whatsoever. Any allegation not specifically addressed is denied.

First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The FOIA request that is the subject of this lawsuit may implicate certain information that is protected from disclosure by one or more statutory exemptions. Disclosure of such information is not required.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays for a judgment dismissing the Complaint with prejudice and for such further relief as the Court may deem just.

Dated: January 10, 2012                                  Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney
District of Columbia

ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch

 /s/ Andrew L. Nolan_____
ANDREW L. NOLAN
Wisconsin Bar Number: 1076043
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm. 5382
Washington, D.C. 20530
Telephone: (202) 305-8735
Fax: (202) 305-8517
Email: andrew.l.nolan@usdoj.gov

Attorneys for Defendant