# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-02182 (EGS) |
| ) | |
| U.S. DEPARTMENT OF THE ) | |
| TREASURY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE
## FOR FURTHER PROCEEDINGS

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's January 12, 2012 Minute Order:

1. Plaintiff initiated a Freedom of Information Act ("FOIA") lawsuit, docketed at 1:11-cv-2140-EGS, against Defendant United States Department of Energy ("DOE") on December 1, 2011. Plaintiff filed another FOIA lawsuit, docketed at 1:11-cv-2141-EGS, against Defendant Office of Management and Budget ("OMB") on December 1, 2011. Plaintiff filed a third FOIA lawsuit, docketed at 1:11-cv-2182-EGS, against Defendant United States Department of the Treasury ("Treasury") on December 9, 2011.

2. Answers have been filed to the three complaints, with DOE and OMB respectively filing an Answer on January 4, 2012 and Treasury filing its Answer on January 10, 2012.

3. On January 5, 2012, pursuant to Local Civil Rule 40.5(b)(3), the Defendants filed in each of the above-captioned cases a Notice of Related Case, noting that the requests at issue in the three cases relate to a substantially similar universe of records and the Defendants expected

overlap with respect to the potentially responsive records. On January 17, 2012, DOE, with the approval of OMB and Treasury, filed an unopposed motion to consolidate the three cases on the present docket. The motion is currently pending before the Court.

4. Following the filing of Answers to the three Complaints, the Court, in each case, ordered that the parties submit a proposed scheduling order no later than January 31, 2012.

5. Defendant DOE's position is that the Plaintiff failed to exhaust administrative remedies before filing the present action, and the Defendant will file on or before February 8, 2012 a motion in support of its position. The parties have agreed that the standard times provided in the Local Rules will govern the time for responding to the Defendant's motion.

6. Defendant OMB has identified approximately 20,000 pages of records potentially responsive to the September 1, 2011 FOIA request at issue in the litigation. Defendant Treasury has identified approximately 2,000 pages of records potentially responsive to the September 1, 2011 FOIA request at issue in the litigation. Due to the volume at issue, the parties are working to narrow the possible scope of the request and reduce the number of potentially responsive pages.

7. Defendants OMB and Treasury will begin making productions of responsive, non-exempt material, with anticipated productions to begin on March 21, 2012. Productions will continue on a rolling basis once a month from that point forward. The parties will attempt to reduce the number of potentially responsive pages once the Plaintiff has had an opportunity to start reviewing released records.

8. Once the Defendants make their disclosures, the parties will be in a position to evaluate what type of proceedings will be required going forward.

9. Thus, the parties in cases 1:11-cv-2141-EGS and 1:11-cv-2182-EGS propose that they submit a second joint status report on or before April 2, 2012 regarding the status of productions and setting forth a proposed schedule from that point forward.

Dated: January 31, 2012                                  Respectfully submitted,

JUDICIAL WATCH, INC.                                     TONY WEST
                                                         Assistant Attorney General,

/s/ Julie B. Axelrod
D.C. Bar No. 1001557                                     RONALD C. MACHEN, JR.
                                                         United States Attorney
/s/ Paul J. Orfanedes                                    District of Columbia
D.C. Bar No. 429716
                                                         ELIZABETH J. SHAPIRO
Suite 800                                                Deputy Branch Director,
425 Third Street, SW.                                    Federal Programs Branch
Washington, DC 20024
Tel: (202) 646-5172                                      /s/ Andrew L. Nolan
Fax: (202) 646-5199                                      ANDREW L. NOLAN
                                                         Wisconsin Bar Number: 1076043
**Counsel for Plaintiff**                                Trial Attorney
                                                         United States Department of Justice
                                                         Civil Division, Federal Programs Branch
                                                         20 Massachusetts Ave., N.W. Room 5382
                                                         Washington, DC 20530
                                                         Tel: (202) 305-8735
                                                         Fax: (202) 305-8517
                                                         Email: andrew.l.nolan@usdoj.gov

                                                         **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2012, I caused a true and correct copy of the foregoing Notice to be served on counsel electronically by means of the Court's ECF system.

                                                   */s/ Andrew L. Nolan*
                                                  ANDREW L. NOLAN